UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

LUIS FRANCISCO GUEVARA,

        Defendant.
-------------------------------------------------------X

22 Cr. ___ (PAC)

ORDER

22 CRIM 500

HONORABLE PAUL A. CROTTY, United States District Judge:

    Pursuant to the sentencing held today, the Court orders the defendant is sentenced to TIME SERVED, subject to the conditions set forth in the Judgment. ICE should pick up Mr. Luis Francisco Guevara on the pending detainer and return Mr. Guevara to Colombia forthwith. See transcript for details.

Dated: New York, New York
        September 19, 2022

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge