UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,                           22 Cr.500 (PAC)

                                                    ORDER

              -against-

LUIS FRANCISCO GUEVARA,

              Defendant.

-----------------------------------------------------X


HONORABLE PAUL A. CROTTY, United States District Judge:

       Pursuant to the sentencing held today, the Court orders the defendant is sentenced

to TIME SERVED, subject to the conditions set forth in the Judgment.  ICE should pick

up Mr. Luis Francisco Guevara on the pending detainer and return Mr. Guevara to

Colombia forthwith. See transcript for details.


Dated:  New York, New York
        September 19, 2022


                                          SO ORDERED


                                          _____
                                          PAUL A. CROTTY
                                          United States District Judge